429 A.2d 742

Radogna, Appellant, v. City of Northampton et al.

 Argued June 7, 1979. Richard Santee, Jr., for appellant; Karl H. Kline, for County of Northampton, appellee, and Robert H. Holland, for Northampton County Prison, et al., appellees.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.